UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL J. KISTLER,

Plaintiff,

v.                    4:11-cv-25

FEDERAL    DEPOSIT    INSURANCE
CORPORATION, as Receiver for FIRST
NATIONAL BANK,

Defendant.

## ORDER

The parties in the above captioned case
move the Court to consolidate the matter
with the case of *Michael J. Kistler and
Hutch Holdings, Inc., v. FDIC*, 4:11-cv-24,
currently pending before the Honorable
Judge William T. Moore, Jr. *See* Doc. 12.
"The two cases arise from the same facts
and    circumstances,    and    the    factual
distinctions between these cases, if any, are
limited and in no way conflict so as to make
separate trial necessary." Doc. 12.

Because this case was the second of the
two filed, it is transferred to the Honorable
Judge William T. Moore, Jr. for plenary
disposition.

This 16th day of June 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA